IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH A. SENOSKI,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>RICHARD NARVIN, et al.,<br><br>　　　Respondents. | Civil Action No. 05-0041<br>Chief Judge Ambrose<br>Chief Magistrate Judge Caiazza |

**MEMORANDUM ORDER**

Kenneth A. Senoski's Petitioner for Writ of Habeas Corpus was received by the Clerk of Court on January 13, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 3, 2006, recommended that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.

The parties were allowed ten days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail delivered to the State Correctional Intuition at Houtzdale, Houtzdale, Pennsylvania, where he is incarcerated and on the Defendant. No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of March, 2006,

IT IS HEREBY ORDERED the that the Petition for Writ of Habeas Corpus is denied and that a certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 13) dated March 3, 2006, is adopted as the opinion of the court.

_____
Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
Kenneth A. Senoski, DJ-8862
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

Ronald Wabby, Ass. DA.